**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,    :    No. 126 MAL 2019

                Respondent    :

                            :    Petition for Allowance of Appeal from
                            :    the Order of the Superior Court

             v.    :

                            :

GREGORY C. SHAMBERGER,    :

                Petitioner    :


**<u>ORDER</u>**


**PER CURIAM**

     **AND NOW**, this 31st day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.